GARRICK S. LEW (SBN 61889)
REBECCA N. RABKIN (SBN 244638)
Law Offices of Garrick S. Lew
1000 Brannan Street - Suite 488
San Francisco, CA 94103-4888
(415) 575-3588 (p)
(415) 522-1506 (f)
gsl@defendergroup.com

Attorneys for Defendant
JOSE EVARISTO-RAUDA

**FILED**
OCT 2 2 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE EVARISTO-RAUDA, et al.<br><br>    Defendants. | CR 12-0030 EMC<br><br>[PROPOSED] ORDER TO THE PARTIES AND THE OF THE COURT TO RECONVEY THE PROPERTY TO THE SURETY AND DELIVER THE DOCUMENTS TO THE ESCROW COMPANY<br><br>Court:    Hon. Maria-Elena James |

Based upon the Stipulation of the parties, and good cause therefore appearing, **IT IS ORDERED:**

1.  That Maria I. Herrera Barcenas execute a new Short Form Deed of Trust and Assignment of Rents for ███████, San Francisco, California, 94124, in the amount of $250,000 securing a Personal Surety Bond for Jose Evaristo-Rauda in favor of Richard W. Wieking, Clerk of the United States District Court for the Northern District of California and deliver the same to ServiceLink, 220 Commerce Suite 250, Irvine, Califronia, 92602, attention Sally Rosenekranz, (714) 665-2814, Escrow No. 110983393, with instructions to record this obligation as a second deed of trust at the close of escrow at time of

1

1 refinancing.

2. That the Clerk of the Court reconvey the Deed of Trust recorded February 8, 2012, instrument no. 2012J351052 for the property located at ▓▓▓▓▓▓, San Francisco, California, 94124 to Maria I. Herrera Barcenas and deliver the Deed of Reconveyance for said property to:

>Sally Rosenekraz
>ServiceLink
>220 Commerce Suite 250
>Irvine, Califronia, 92602
>(714) 665-2814,
>Escrow No. 110983393

3. That the court approves the attached joint escrow instructions of the parties to Ms. Rosenkranz of ServiceLink authorizing the recordation of the aforementioned documents upon, and only upon, the conditions set forth in said instructions.

Dated:   October 22, 2012

_____
Maria-Elena James
United States Magistrate Judge

2

## JOINT ESCROW INSTRUCTIONS

To: Sally Rosenkranz
ServiceLink
220 Commerce Suite 250
Irvine, Califronia, 92602
Re: Escrow No. 110983393

You are hereby authorized and instructed to record the Deed of Reconveyance of instrument no. 2012J351052 for the property located at ▮, San Francisco, California, 94124, upon, and only upon, the occurrence of the following conditions:

1. The receipt by Escrow Company in escrow no. 110983393 of a Deed of Trust executed solely for the purpose of posting bail in *United States v. Jose Evaristo-Rauda, et al.*, Case No. CR 12-00030 EMC for the property located at ▮, San Francisco, California, 94124, in the amount of $250,000 in favor of Richard Wieking, Clerk, United States District Court executed by Maria I. Herrera Barcenas with instructions to record the obligation as a second deed of trust at the close of escrow at time of refinancing.

2. Funding of the new loan for the real property located at ▮, San Francisco, California, 94124, by lender and removal of all contingencies for the refinancing of the property.

You are further instructed to deliver endorsed filed copies of all recorded documents to the following persons:

S. Waqar Hasib
Assistant United States Attorney
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

Rebecca N. Rabkin
Law Offices of Garrick S. Lew & Associates
1000 Brannan Street, Ste 488
San Francisco, CA 94103

Any change or modification of these instructions shall require the consent of both undersigned parties.

/s/
S. Waqar Hasib
Assistant United States Attorney

/s/
Rebecca N. Rabkin
Attorney for Jose Evaristo-Rauda