GARRICK S. LEW (SBN 61889)
Law Offices of Garrick S. Lew 7 Associates
1000 Brannan Street, Suite 488
San Francisco, CA 94103-4888
Telephone: (415) 575-3588
Facsimile:  (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant
Jose Rauda

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR  12-0030 EMC |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER FOR PERMISSION TO |
| vs. | ) ) | TRAVEL JULY 28 TO JULY 31, 2013 |
| JOSE RAUDA, | ) ) | |
| Defendant. | ) ) | |

THE PARTIES HEREBY STIPULATE AND AGREE that defendant JOSE RAUDA be

granted permission to travel outside the Northern District of California to Disneyland in Southern

California, from July 28, 2013 through July 31, 2013.  Mr. RAUDA intends to  travel with family

and friends by car and will be staying at one of the Disney Resort Hotels in Anaheim, California.

His Pretrial Services Officer K. J. Gibson has advised that he is in compliance with his release

conditions, and Pretrial has no objections to this vacation request.  Counsel has conferred with

United States Attorney Waqar Hasib, and the government has no objection to the travel request.

Mr. Rauda will provide Pretrial Services with his complete travel itinerary and local contact

information, including information regarding the Disney Hotel he will be staying at prior to his

departure.

*United States v. Jose Rauda* CR 12-0030 EMC
Travel Order                                                1

1    **SO STIPULATED.**

2

3        **/s/**                                              **/s/**

4    _____          _____
     Garrick S. Lew                                        Waqar Hasib
5    Attorney for Defendant Rauda              Assistant U.S. Attorney
     Dated: July 23, 2013                           Dated: July 24, 2013

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     *United States v. Jose Rauda* CR 12-0030 EMC
     Travel Order                                    2

1
2
3
4
5
6
7       UNITED STATES DISTRICT COURT
8       FOR THE NORTHERN DISTRICT OF CALIFORNIA
9       SAN FRANCISCO DIVISION
10

11    UNITED STATES OF AMERICA,                 )    CR 12-0030 EMC
                                                )
12                        Plaintiff,            )    [PROPOSED] ORDER FOR
                                                )    PERMISSION TO TRAVEL
13        vs.                                   )    JULY 28 - JULY 31, 2013
                                                )
14    JOSE RAUDA,                               )
                                                )
15                        Defendant.            )
      _____ )

16
                              [PROPOSED] ORDER
17
            FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that defendant JOSE
18
      RAUDA be permitted to travel to Southern California from July 28, 2013 through July 31, 2013
19
      for a family vacation.  Mr. Rauda must provide Pretrial Services with his complete travel itinerary
20
      and local contact information, including information regarding the Disney Hotel he will be
21
      staying at prior to his departure. Mr. RAUDA must remain in contact with his Pretrial Services
22
      Officer K.J. Gibson during his travel.
23

24    IT IS SO ORDERED.
25

26    Dated:  July 24, 2013
27
                                                           IT IS SO ORDERED
28
      *United States v. Rauda*
      CR 12-0030 EMC                                       Judge Maria-Elena James

3