Garrick S. Lew SBN 61889
LAW OFFICES OF GARRICK S. LEW
1000 Brannan Street, Suite 488
San Francisco, California 94103
Telephone: 415.575-3588
Facsimile:  415.522.1506
gsl@defendergroup.com

Attorney for Defendant
Jose Rauda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:12-cr-00030-EMC |
| Plaintiff, ) | |
| vs. ) | [Proposed] 2nd AMENDED ORDER EXONERATING PROPERTY BOND ON DEPOSIT WITH THE COURT |
| JOSE EVARISTO RAUDA, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the $250,000 property bond posted by Maria I. Herrera securing defendant's appearance in these proceedings be exonerated and that the Clerk of the court reconvey the property forthwith.

DATED: June 17, 2014

_____
The Hon. Maria Elena James
United States Magistrate Judge