UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs ) <br> ) <br> JOSE EVARISTO-RAUDA ) <br> ) <br> Defendant. ) <br> ) | CR-12-00030-EMC <br><br> ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL |

The individual named above as defendant, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the defendant is indigent, therefore;

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above defendant, replacing Garrick Lew.

Robert Waggener
214 Duboce Avenue
San Francisco, CA 94103
(415) 431-4500
rwlaw@mindspring.com

IT IS SO ORDERED
Judge Edward M. Chen

Appointing Judge - Judge Chen

April 28, 2016
Date of Order

March 23, 2016
Nunc Pro Tunc Date